UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIGHTENGALE GITTENS, Kathyanne

    **Plaintiff,**

 - against -

ANTONY BLINKEN, The United States Secretary
Of State; LINDA S. TAGLIALATELA, Ambassador;
DAVID SCHNIER, Deputy Chief of Mission;
RAFAEL PEREZ, Consul General; JAMES
CODDINGTON, General Services Officer;

    **Defendant.**
------------------------------------------------------------X

Civ. No. _____

> Motion granted and the action is dismissed with prejudict and without costs. All motions are terminated. SO ORDERED.
> Dated: 3/31/2022
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge
> 22-cv-00219

## MOTION TO VOLUNTARILY DISMISS

1. Undersigned counsel moves to dismiss the mandamus action in the above-captioned matter.

2. On January 10, 2022, Plaintiff filed a mandamus action to compel the Department of State to accept the filing of Plaintiff's I-360, Petition for Amerasian, Widow(er), or Special Immigrant.

3. On March 2, 2022, the U.S. Department of Homeland Security "USCIS" reopened and approved the plaintiff's I-130 and converted the petition to an approved form I-360. In light of this circumstance, Plaintiff seeks to voluntarily dismiss the mandamus action in the above-captioned matter pursuant to Fed R. Civ. P. 41(a)(2) with prejudice and without

costs or attorney's fees to any party.

Dated:    New York, New York
          March 23, 2022

                                                     Respectfully submitted,

By:   /s/Eileen Collins Bretz
       Eileen Collins Bretz
       Bretz & Coven, LLP
       305 Broadway, Suite 100
       New York, NY 10007
       Phone: (212) 267-2555
       Fax:   (212) 267-2129
       E-mail: ebretz@bretzlaw.com

cc:    ECF,
       AUSA Jessica Rosenbaum